ANDREW L. MCNICHOL #031557
KUTAK ROCK LLP
8601 N. Scottsdale Road, Suite 300
Scottsdale, AZ 85253
(480) 429-7110
Facsimile: (480) 429-5001
andrew.mcnichol@kutakrock.com

*Attorneys for Defendant Transamerica Life Insurance Company*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Patricia Bugher Family Partnership, LLLP, <br><br> Plaintiff, <br><br> v. <br><br> Transamerica Life Insurance Company, <br><br> Defendants. | No. _____ <br><br> **DEFENDANT'S NOTICE OF REMOVAL** |

1. Defendant Transamerica Life Insurance Company ("TLIC") files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and would show the Court as follows:

## I. COMMENCEMENT AND SERVICE

2. On September 13, 2018, Plaintiff Patricia Bugher Family Partnership, LLLP ("Bugher") commenced this action against TLIC by filing its Complaint in the Superior Court for the State of Arizona, in and for the County of Maricopa, styled *Patricia Bugher Family Partnership, LLLP v. Transamerica Occidental Life Insurance Company*, Case No. CV2018-005531. Bugher never served the Complaint. Subsequently, Bugher filed an Amended Complaint (cited herein as "Am. Cmplt.") on November 15, 2018. Service was made to the Arizona Department of Insurance on November 20, 2018, and TLIC received service of Bugher's Amended Complaint and service of process on November 26, 2018.

4820-7169-7026.1

3. This Notice of Removal is timely filed within thirty days of the receipt of a copy of the Amended Complaint and service of process, from which it was ascertained that the case is one which is removable, pursuant to 28 U.S.C. § 1446(b). This Notice of Removal is also filed within one year of the commencement of this action, and is thus timely pursuant to 28 U.S.C. § 1446(c).

## II.   GROUNDS FOR REMOVAL

4. TLIC is entitled to remove the entire state court action to this Court pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, because this action is a civil action involving an amount in controversy exceeding $75,000 between parties of diverse citizenship.

5. Further, removal of the state court action to this Court is proper under 28 U.S.C. §§ 1441(a) because this Court's district and division embraces the state courts in Maricopa County.

6. On information and belief and based on review of publicly available documents, Bugher is an Arizona limited liability limited partnership, whose general partners are P. Bugher Investments, LLC, and Meridian Services, LLC, and whose limited partner is Patricia Bugher, a citizen of Arizona who is domiciled in Arizona. Further, the only member of P. Bugher Investments, LLC, is Meridian Services, LLC, and the only members of Meridian Services, LLC, are Robin Davis and MDH Investment, LLC. MDH Investment, LLC's members are Robin Davis and Larry Kohler, both citizens of and domiciled in Arizona.[1] All of the limited liability companies referenced in this paragraph are Arizona entities with their principal place of business in Arizona. Accordingly, Bugher is a citizen of the State of Arizona within the meaning and intent of 28 U.S.C. § 1332. *See Johnson v. Columbia Properties Anchorage, LP*, 437 P.3d 894, 899 (9th Cir. 2006) (limited liability companies and partnerships are citizens "of every state of which its owners/members are citizens").

---

[1] The Arizona Secretary of State records also list MDH Investment, LLC as a member of itself.

4820-7169-7026.1

7. TLIC, a corporation, is a life insurance company incorporated under the laws of Iowa with its home office and corporate headquarters in Iowa, from which management directs, controls and coordinates most of the company's activities. Therefore, TLIC is a citizen of Iowa for diversity jurisdiction purposes.

8. No change of citizenship has occurred since commencement of the state court action. Accordingly, diversity of citizenship exists among the proper parties.

9. Bugher seeks monetary relief in excess of $75,000. Am. Cmplt., ¶¶ 26-30 (alleging improper premium increase of over $100,000). Under its various claims, Bugher seeks general, special and punitive damages plus and attorneys' fees. *Id.*, at 9 (prayer). Accordingly, since the total amount in controversy in the action exceeds the sum of $75,000.00, this Court has jurisdiction under 28 U.S.C. § 1332.

### III. BUGHER'S ALLEGATIONS AND FACTUAL BACKGROUND

10. This is a case arising out of Bugher's purchase of a universal life insurance policy in 2007 insuring the life of Patricia Bugher. Am. Cmplt., ¶¶ 1-2, 18. Bugher alleges that TLIC marketed and sold the policy without proper actuarial studies and subsequent "annual updates" and "annualized illustrations" were misleading. *Id.*, ¶¶ 20-22, 23-24. Bugher further alleges that TLIC "inequitably increased the premiums in violation of the plan terms of the Bugher insurance policy." *Id.*, ¶¶5; *see also id.,* ¶¶ 25-31. Bugher alleges that TLIC "knew or should have known that the AL program was not sustainable at the initial marketed premium rates and it was going to raise the annualized premium in exorbitant amounts." *Id.*, ¶ 31. Bugher sues TLIC for consumer fraud under A.R.S. § 44-1521 *et seq.*, common law misrepresentation, and breach of contract, and seeks damages and punitive damages, attorneys' fees and costs.

### IV. VENUE

11. Venue lies in the District of Arizona, pursuant to 28 U.S.C. §§ 1441(a) and 1446(a), because Bugher filed the state court action in this judicial district.

## V. CONSENT TO REMOVAL

12. No consent to removal is necessary as TLIC is the only named defendant in this lawsuit.

## VI. NOTICE

13. Pursuant to 28 U.S.C. § 1446 and LRCiv P. 3.6(a), counsel for TLIC has provided notice to all parties of record and filed a Notice of Filing Notice of Removal with the Clerk of the Superior Court of the State of Arizona in and for the County of Maricopa.

## VII. JURY DEMAND

14. Bugher demanded a jury trial in the state court action.

## VIII. EXHIBITS TO NOTICE OF REMOVAL

15. Pursuant to LRCiv P. 3.6, the most recent version of the docket from the state court and true and correct copies of all pleadings and documents previously filed are attached to this Notice of Removal as correspondingly numbered exhibits:

Exhibit 1:   Docket
Exhibit 2:   Request for Trial by Jury
Exhibit 3:   Coversheet
Exhibit 4:   Certificate Regarding Compulsory Arbitration
Exhibit 5:   Complaint
Exhibit 6:   Amended Complaint
Exhibit 7:   Amended Request for Trial by Jury
Exhibit 8:   Amended Certificate Regarding Compulsory Arbitration
Exhibit 9:   Affidavit of Attempted Service
Exhibit 10:  Notice of Intent to Dismiss
Exhibit 11:  Affidavit of Service

///
///
///

## IX.   CONCLUSION

WHEREFORE, TLIC, pursuant to the statutes cited herein and in conformity with the requirements set forth in 28 U.S.C. § 1446, removes this action from the Superior Court of the State of Arizona, in and for the County of Maricopa, to this Court.

DATED this 10th day of December, 2018.

**KUTAK ROCK LLP**

By: */s/ Andrew L. McNichol*
Andrew L. McNichol
8601 N. Scottsdale Road, Suite 300
Scottsdale, AZ 85253
andrew.mcnichol@kutakrock.com
*Attorneys for Transamerica Life Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system, and which will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and by regular mail.

*/s/ Andrew L. McNichol*
Andrew L. McNichol

4820-7169-7026.1