**SURRANO LAW OFFICES**
Attorneys at Law

7114 E. Stetson Dr., Suite 300
Scottsdale, Arizona 85251
Phone: (602) 264-1077
Fax: (602) 264-2213

Charles J. Surrano III (007732) cjs@surranolawfirm.com
John N. Wilborn (013714) jnw@surranolawfirm.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Patricia Bugher Family Partnership, LLLP, | Case No.: CV-18-04629-PHX-GMS |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| Transamerica Life Insurance Company (fka, Transamerica Occidental Life Insurance Company), | |
| Defendant. | |

Please take notice that the parties have reached a settlement in this matter. Once the settlement agreement has been finalized and fully executed, the parties will file a stipulation and lodge a proposed order to dismiss this case.

DATED:    July 10, 2020.

SURRANO LAW OFFICES

By:    s/John N. Wilborn
        Charles J. Surrano, III
        John N. Wilborn
        7114 E. Stetson Dr., Suite 300
        Scottsdale, Arizona 85251
        Attorney for Plaintiff

1

# CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2020, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Andrew L. McNichol
>Kutak Rock, LLP
>8601 N. Scottsdale Road, Suite 300
>Scottsdale, AZ 85253
>Andrew.mcnichol@kutakrock.com
>
>Thomas F A Hetherington (*Pro Hac Vice*)
>Hutson A. Smelley (*Pro Hac Vice*)
>McDowell Hetherington, LLP
>1001 Fannin St., Suite 2700
>Houston, TX 77002
>Tom.Hetherington@mhllp.com
>Hutson.Smelley@mhllp.com
>
>Attorneys for Defendant

s/ Jennie Leetham