# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patricia Bugher Family Partnership LLLP, | No. CV-18-04629-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Transamerica Life Insurance Company, | |
| Defendant. | |

Pending before the Court is the parties' Stipulation for Dismissal with Prejudice (Doc. 42) filed on August 28, 2020, wherein the parties state that they "agree that all claims asserted by Plaintiff against Defendant may be dismissed with prejudice." Accordingly,

**IT IS HEREBY ORDERED** granting the parties' Stipulation for Dismissal with Prejudice (Doc. 42). All of Plaintiff's claims against Defendant are dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 28th day of August, 2020.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge